IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:23-CR-495 (DNH) |
| | ) | |
| v. | ) **Indictment** | |
| | ) | |
| **CHRISTOPHER GLEASON,** | ) Violations: | 18 U.S.C. § 1920 [False Statement to Obtain Federal Employees' Compensation] |
| | ) 13 Counts | |
| Defendant. | ) County of Offense: | Cayuga |

*FILED DEC -6 2023, U.S. DISTRICT COURT - N.D. OF N.Y., AT ___ O'CLOCK, John M. Domurad, Clerk - Syracuse*

## THE GRAND JURY CHARGES:

### COUNT 1
[False Statement to Obtain Federal Employees' Compensation]

On or about the dates listed below in Cayuga County in the Northern District of New York, the defendant, **CHRISTOPHER GLEASON**, did knowingly and willfully make false and fraudulent statements and representations in connection with the receipt of compensation and payments exceeding $1000 under subchapter I or III of chapter 81 of Title 5, United States Code, in that he stated and certified on a U.S. Department of Labor, Office of Workers' Compensation Program Form CA-7 (OWCP File Number 550185229) that he did not work outside of his federal job for the period claimed in the CA-7 and listed below, when in truth, as he then and there well knew, he received income from construction work, in violation of Title 18, United States Code, Section 1920.

| COUNT | CA-7 SUBMISSION DATE | CA-7 PERIOD CLAIMED |
|---|---|---|
| 1 | 03/10/2023 | 02/25/23-03/10/23 |
| 2 | 03/24/2023 | 03/11/23-03/24/23 |
| 3 | 04/07/2023 | 03/25/23-04/07/23 |
| 4 | 04/21/2023 | 04/08/23-04/21/23 |
| 5 | 05/05/2023 | 04/22/23-05/05/23 |

| 6  | 05/19/2023 | 05/06/23-05/19/23 |
|----|------------|-------------------|
| 7  | 06/02/2023 | 05/20/23-06/02/23 |
| 8  | 06/16/2023 | 06/03/23-06/16/23 |
| 9  | 06/30/2023 | 06/17/23-06/30/23 |
| 10 | 07/14/2023 | 07/01/23-07/14/23 |
| 11 | 08/11/2023 | 07/29/23-08/11/23 |
| 12 | 08/25/2023 | 08/12/23-08/25/23 |
| 13 | 09/08/2023 | 08/26/23-09/08/23 |

Dated:   December 6, 2023

A TRUE BILL,   *NAME REDACTED*

_____
Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: *(signature)* Tamara B. Thomson
Tamara B. Thomson
Assistant United States Attorney
Bar Roll No. 515310